UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

KYLE JIGGETTS,

                                                  Plaintiff,

                    -against-

NYC DEPT. OF CITYWIDE ADMINISTRATIVE
SERVICES, ALLIEDBARTON SECURITY
SERVICES, LLC, SEIU, LOCAL 32BJ,

                                                  Defendants.

------------------------------------------------------------------------ x

**NOTICE OF MOTION TO DISMISS THE COMPLAINT**

13 CV 5353 (PAE)

        **PLEASE TAKE NOTICE** that upon the Declaration of Ricardo Tapia, Esq., dated August 8, 2013, Notice to Pro Se Litigant Opposing a Motion to Dismiss dated August 8, 2013, the accompanying Memorandum of Law in Support of Defendant NYC DEPT. OF CITYWIDE ADMINISTRATIVE SERVICES ("DCAS") Motion to Dismiss the Complaint, dated August 8, 2013, and all the papers and proceedings previously had herein, the undersigned will move this Court, before the Honorable Paul A. Engelmayer, United States District Judge, at the United States Courthouse for the Southern District of New York, located at 40 Foley Square, New York, New York 10007, on September 17, 2013, at 10:00 A.M., for an order, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, dismissing the Complaint in its entirety against DCAS based on the doctrine of claim preclusion (res judicata) and for failure to state a cause of action, and for an order enjoining Plaintiff from filing any further actions against the City of New York and/or DCAS without leave of the Court.

**PLEASE TAKE FURTHER NOTICE** that answering and opposing papers, if any, shall be served on or before September 3, 2013.

Dated:	New York, New York
	August 8, 2013

											MICHAEL A. CARDOZO
											Corporation Counsel of the City of New York
											Attorney for Defendant—DCAS
											100 Church Street, Room 2-171
											New York, New York 10007
											(212) 356-1104
											rtapia@law.nyc.gov


											By:		/s/
													Ricardo Tapia
													Assistant Corporation Counsel


To:	Kyle Jiggetts					(VIA MAIL)
	Plaintiff Pro Se
	2377 Tiebout Avenue
	Bronx, New York 10458
	(917) 631-0763

	Elizabeth Baker, Esq.				(VIA ECF)
	Legal Department
	Attorneys for SEIU, LOCAL 32BJ
	25 West 18th Street, 5th Floor
	New York, New York 10011
	(212) 388-2060

	Geraldine A. Cheverko, Esq.			(VIA ECF)
	Eckert, Seamans, Cherin & Mellott LLC
	Attorneys for AlliedBarton Security Services, LLC
	10 Bank Street, Suite 700
	White Plains, NY 10606
	(914) 949-2909

	Matthew D. Crawford, Esq.			(VIA ECF)
	Martenson, Hasbrouck & Simon LLP
	Attorneys for AlliedBarton Security Services, LLC
	3379 Peachtree Road, N.E., Suite 400
	Atlanta, Georgia 30326
	(404) 909-8100

Docket No. 13 CV 5353 (PAE)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KYLE JIGGETTS,

Plaintiff,

-against-

NYC DEPT. OF CITYWIDE ADMINISTRATIVE SERVICES, ALLIEDBARTON SECURITY SERVICES, LLC, SEIU, LOCAL 32BJ,

Defendants.

**NOTICE OF MOTION TO DISMISS THE COMPLAINT**

*MICHAEL A. CARDOZO*
*Corporation Counsel of the City of New York*
*Attorney for Defendant—DCAS*
*100 Church Street*
*New York, N.Y. 10007*

*Of Counsel: Ricardo Tapia*
*Tel: (212) 356-1104*
*rtapia@law.nyc.gov*

*Due and timely service is hereby admitted.*

*New York, N.Y........................................................, 20...*

*............................................................................ Esq.*

*Attorney for......................................................................*