UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

KYLE JIGGETTS,

                    Plaintiff,            13 Civ. 5353 (PAE)

      -v-                                         ORDER

NYC DEPARTMENT OF CITYWIDE
ADMINISTRATIVE SERVICES,
ALLIEDBARTON SECURITY SERVICES, LLC,
SEIU, LOCAL 32BJ,

                    Defendants.

------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/1/2013

**PAUL A. ENGELMAYER, District Judge:**

On September 16, 2013, the Court issued an order setting a deadline for plaintiff to file an amended complaint or opposition to defendants' motions to dismiss by October 8, 2013. Dkt. 25. On October 8, 2013, plaintiff submitted an amended complaint. Dkt. 28. All three defendants have now submitted letters, stating that they are relying on their previously submitted motions to dismiss. Dkt. 32-34. Plaintiff is reminded that the Court previously directed that any opposition to these motions to dismiss would be submitted by November 12, 2013.

SO ORDERED.

                                                             *Paul A. Engelmayer*
                                                           _____
                                                           PAUL A. ENGELMAYER
                                                           United States District Judge

Dated: November 1, 2013
       New York, New York